[counsel on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CAMBRONNE, INC., LISA BARRETTA, MATTHEW SACKS, and MICHAEL KOCHIN,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 5:25-cv-10897-PCP<br><br>**ADMINISTRATIVE MOTION FOR PERMISSION TO APPEAR BY ZOOM AT INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Trial Date: None<br>Date Action Filed: December 22, 2025<br>Initial Case Management Conference Date: September 3, 2026<br>Time: 1:00 p.m.<br><br>Judge: The Hon. P. Casey Pitts |
| COGNELLA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 5:26-cv-04056-PCP<br><br>**ADMINISTRATIVE MOTION FOR PERMISSION TO APPEAR BY ZOOM AT INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Trial Date: None<br>Date Action Filed: May 4, 2026<br>Initial Case Management Conference Date: September 3, 2026<br>Time: 1:00 p.m.<br><br>Judge: The Hon. P. Casey Pitts |

| | |
|---|---|
| CHICKEN SOUP FOR THE SOUL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 5:26-cv-04218-PCP<br><br>**ADMINISTRATIVE MOTION FOR PERMISSION TO APPEAR BY ZOOM AT INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Trial Date: None<br>Date Action Filed: May 7, 2026<br>Initial Case Management Conference Date: September 3, 2026<br>Time: 1:00 p.m.<br><br>Judge: The Hon. P. Casey Pitts |
| ANGIE CRUZ, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 5:26-cv-04482-PCP<br><br>**ADMINISTRATIVE MOTION FOR PERMISSION TO APPEAR BY ZOOM AT INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Trial Date: None<br>Date Action Filed: May 13, 2026<br>Initial Case Management Conference Date: September 3, 2026<br>Time: 1:00 p.m.<br><br>Judge: The Hon. P. Casey Pitts |
| R.O. KWON, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHROPIC PBC,<br><br>Defendant. | Case No. 5:26-cv-04649-PCP<br><br>**ADMINISTRATIVE MOTION FOR PERMISSION TO APPEAR BY ZOOM AT INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Trial Date: None<br>Date Action Filed: May 15, 2026<br>Initial Case Management Conference Date: September 3, 2026<br>Time: 1:00 p.m.<br><br>Judge: The Hon. P. Casey Pitts |

Pursuant to the Court's Standing Order for Civil Cases, counsel for Plaintiffs in the above-captioned cases respectfully move for permission to appear by Zoom for the Initial Case Management Conference set for September 3, 2026 in these cases.[1] Counsel for Defendant Anthropic PBC has represented that it does not oppose Plaintiffs' motion.

Good cause exists to grant the requested relief. Plaintiffs' counsel have substantial deposition commitments next week in *Cambronne Inc., et al. v. Meta Platforms, Inc.*, No. 3:26-cv-03725-VC (N.D. Cal.); *Chicken Soup for the Soul, LLC v. Meta Platforms, Inc.*, No. 3:26-cv-02333-VC (N.D. Cal.); and *Cognella, Inc. v. Meta Platforms, Inc.*, No. 3:26-cv-04053-VC (N.D. Cal.). Judge Chhabria has ordered that fact discovery in those cases must conclude on September 4, 2026, and in light of the expedited schedule set for fact discovery, depositions are taking place every day from August 31 to September 4 (two on August 31, three on September 1, two on September 2, one on September 3, and three on September 4). As a result, travel to and from an in-person hearing on September 3 would be especially burdensome for Plaintiffs' counsel.

[1] Plaintiffs note that the *Cambronne* case was not among those scheduled for an initial case management conference on September 3. However, in light of the coordination of these actions and in the interest of efficiency, the parties expect to address it at the September 3 conference and Plaintiffs have included it here.

Dated: August 27, 2026

Respectfully Submitted,

By */s/ Elizabeth Brannen*

**STRIS & MAHER LLP**
Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Bridget Asay (*pro hac vice*)
basay@stris.com
15 East State Street, Ste 2
Montpelier, VT 05602
T: (802) 858-4285

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
1601 K Street NW, Ste 1050
Washington, DC 20006
T: (202) 800-5749

**FREEDMAN NORMAND FRIEDLAND LLP**
Kyle Roche (*pro hac vice*)
kroche@fnf.law
Devin (Velvel) Freedman (*pro hac vice*)
vel@fnf.law
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*